IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA *ex. rel.* **[UNDER SEAL]** *Plaintiff / Relator* *v.* **[UNDER SEAL]** *Defendant,* | § § § § § § § § § | Civil Action No.: 4:23-cv-363 **FILED UNDER SEAL PURSUANT TO 31 U.S.C. §§ 3730(b)(2) AND COURT ORDER** **JURY TRIAL DEMANDED** |

**RELATOR'S NOTICE OF VOLUNTARY DISMISSAL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Relator Samantha Spears, Relator herein, by and through her attorneys of record, and files this Notice of Voluntary Dismissal and would show that Relator Samantha Spears no longer wishes to pursue her claims against Stride, Inc., K12 Texas Management Inc., Marcus Walker, LarKaya D. Gant, and Amanda Burdick.

WHEREFORE, Relator Samantha Spears files this notice dismissing all remaining matters prayed in this case against Stride, Inc., K12 Texas Management Inc., Marcus Walker, LarKaya D. Gant, and Amanda Burdick and request that those claims be dismissed without prejudice to the United States. All costs will be paid by the party incurring same.

Respectfully submitted,

**ELLZEY & ASSOCIATES, PLLC**

By:    */s/ Jarrett L. Ellzey*
       Jarrett L. Ellzey
       Texas Bar No. 24040864
       Leigh Montgomery
       Texas Bar No. 24052214
       Alexander G. Kykta
       Texas Bar No. 24107841
       1105 Milford Street
       Houston, Texas 77066
       Telephone: (713) 554-2377
       Facsimile: (888) 276-3455
       jarrett@ellzeylaw.com
       leigh@ellzeylaw.com
       alex@ellzeylaw.com

**ATTORNEYS FOR RELATOR**

## **CERTIFICATE OF SERVICE**

I, Jarrett L. Ellzey, certify that a true and correct copy of the foregoing has been served on counsel for all parties via the Court's CM/ECF system this the 21st day of July 2023.

Additionally, the following parties were served via CMRRR:

Hon. Damien M. Diggs
U.S. Attorney for the Eastern District of Texas
550 Fannin, Suite 1250
Beaumont, Texas 77701

                                                  */s/ Jarrett L. Ellzey*
                                                 Jarrett L. Ellzey